FILED:  February 4, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1110
(7:16-cv-00462-MFU)

———————————

UNITED STATES OF AMERICA; STATE OF ALABAMA, EX REL. LUTHER
STRANGE, in his official capacity as Attorney General of Alabama; ALABAMA
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT;
COMMONWEALTH OF KENTUCKY, ENERGY AND ENVIRONMENT
CABINET; STATE OF TENNESSEE, EX REL. HERBERT H. SLATERY III, in
his official capacity as the Attorney General and Reporter of Tennessee;
COMMONWEALTH OF VIRGINIA

            Plaintiffs - Appellees

v.

SOUTHERN COAL CORPORATION; PREMIUM COAL COMPANY,
INCORPORATED

            Defendants - Appellants

 and

JUSTICE COAL OF ALABAMA, LLC; A&G COAL CORPORATION; FOUR
STAR RESOURCES, LLC; INFINITY ENERGY, INCORPORATED;
KENTUCKY FUEL CORPORATION; SEQUOIA ENERGY, LLC; VIRGINIA
FUEL CORPORATION; NATIONAL COAL, LLC; S AND H MINING,
INCORPORATED; AIRWAY RESOURCES, LLC; BADEN RECLAMATION
COMPANY; BLACK RIVER COAL, LLC; CHESTNUT LAND HOLDINGS,
LLC; MEG-LYNN LAND COMPANY, INCORPORATED; NINE MILE
MINING, INCORPORATED; CANE PATCH MINING COMPANY,
INCORPORATED; BLUESTONE RESOURCES, INCORPORATED;
DYNAMIC ENERGY, INCORPORATED; GREENTHORN, LLC; JUSTICE
HIGHWALL MINING, INCORPORATED; NATIONAL RESOURCES,

INCORPORATED; NUFAC MINING COMPANY, INCORPORATED; PAY CAR MINING, INCORPORATED; SECOND STERLING CORPORATION; NEWGATE DEVELOPMENT OF BECKLEY, LLC

　　　　　Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Case Number | 7:16-cv-00462-MFU |
| Date notice of appeal filed in originating court: | 01/28/2022 |
| Appellant(s) | Southern Coal Corporation, et al. |
| Appellate Case Number | 22-1110 |
| Case Manager | Ashley Brownlee 804-916-2704 |